UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDE GARIBAY,<br><br>                              Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                              Defendant. | Case No.:  18-CV-1697-CAB-JLB<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO THE CENTRAL DISTRICT OF CALIFORNIA** |

In her complaint, Plaintiff asserts claims for violations of federal and state fair debt collection practices acts.  The complaint alleges that Defendant Portfolio Recovery Associates, LLC is a Delaware limited liability company with its headquarters in Virginia, while Plaintiff resides in Garden Grove, California, which is within the boundaries of the United States District Court for the Central District of California.  Venue in the Southern District appears to be based solely on the allegation that Defendant has an office in San Diego, California, and the fact that Plaintiff's counsel is located here.  There are no allegations, however, that Defendant's debt collection efforts originated out of this judicial district, or that Plaintiff experienced any of the alleged violations in this judicial district. In other words, there is no indication that this judicial district has any connection to the acts forming the basis of this lawsuit.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing not to exceed ten pages, on or before **August 3, 2018**, why venue is proper pursuant to 28 U.S.C. § 1391, and why this action should not be transferred to the Central District for the convenience of the parties and witnesses, and in the interest of justice pursuant to 28 U.S.C.

1

1404(a).  To assist the Court in determining whether transfer is appropriate and in the interest of justice, Plaintiff is directed to address the following:

1.  Whether Plaintiff's claims have any connection to the Southern District of California;

2.  Whether this action could have been brought in the Central District of California;

3.  Whether venue is appropriate in the Central District of California;

4.  What contacts, if any, each party has to the Central District of California and to the Southern District of California.  Plaintiff should include information such as the location of any residences, administrative offices, real property, sources of revenue, and points of public contact;

5.  Which witnesses are expected to be called and where they reside;

6.  The availability of compulsory process to compel attendance of unwilling nonparty witnesses in the Central District of California as compared to the Southern District of California;

7.  The ease of access to sources of proof in each of the two forums;

8.  The expected difference in the cost of litigation in each of the two forums; and

9.  Whether there are any alternative forums, other than the Central District of California or the Southern District of California, that would be more convenient for this action and why, keeping in mind the inquiries above.

Failure to timely respond to this Order will result in the transfer of this action to the Central District of California.

It is **SO ORDERED**.

Dated:  July 27, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

18-CV-1697-CAB-JLB